

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> MARCOS GUADANA AGUILAR, <br> DEFENDANT(S). | CASE NUMBER <br><br> 8:23-mj-00274 <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _June 1_____, _2023_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Karen E. Scott_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _May 30, 2023_____      _/s/ Karen E. Scott_____
                                 U.S. District Judge/Magistrate Judge